```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         NORTHERN DISTRICT OF GEORGIA

IN RE: ALFRED L. CLAY              SARA G. CLAY                CASE No.
       104 IRVIN STREET             104 IRVIN STREET
       JONESBORO, GA                JONESBORO, GA              A00-83218-P
              30236-3605                   30236-3605
```

## FINAL REPORT AND ACCOUNT

```
This Case was          The Plan was           The Case was
commenced on 10/09/00  confirmed on 12/14/00  concluded on 01/07/04
```

THIS CASE IS PAID IN FULL.

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

DIVIDEND TO UNSECURED CREDITORS ...   1.00 %

RECEIPTS: Amount paid to the Trustee by or for the Debtor for the benefit of creditors.                                                              $ 7,183.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| ARIZONA MAIL ORDER | U | 815.66 | 8.16 | .00 | .00 |
| AXSYS NATIONAL BANK | U | 777.15 | 7.77 | .00 | .00 |
| CONSECO FINANCE | S | 910.00 | 910.00 | .00 | .00 |
| CONSECO FINANCE | U | 421.13 | 4.21 | .00 | .00 |
| HOUSEHOLD FINANCE | S | .00 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE | S | 919.13 | 919.13 | .00 | .00 |
| INTERNAL REVENUE SERVICE | P | 3,166.91 | 3,166.91 | .00 | .00 |
| INTERNAL REVENUE SERVICE | U | 1,288.81 | 12.89 | .00 | .00 |
| J.C. PENNEY | U | .00 | .00 | .00 | .00 |
| LOWE'S | U | 794.66 | 7.95 | .00 | .00 |
| MAX FLOW CORP. | U | 967.56 | 9.68 | .00 | .00 |
| MAX RECOVERY INC. | U | 6,578.86 | 65.79 | .00 | .00 |
| MAX RECOVERY INC. | U | 3,197.68 | 31.98 | .00 | .00 |
| RESURGENT CAPITAL SERVICE | U | 4,712.40 | 47.12 | .00 | .00 |
| RESURGENT CAPITAL SERVICE | U | 2,910.22 | 29.10 | .00 | .00 |
| SHOPPERS CHARGE | U | 928.20 | 9.28 | .00 | .00 |
| ALFRED L. CLAY | | | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | DEB REF | TOTAL | |
|---|---|---|---|---|---|---|
| | | | | | | TOTAL PAID |
| AMT. ALLOW | 1829.13 | 3166.91 | 23392.33 | .00 | 28388.37 | PLUS |
| PRIN. PAID | 1829.13 | 3166.91 | 233.93 | .00 | 5,229.97 | DIRECT PAY |
| INT. PAID | .00 | .00 | .00 | | .00 | |
| DIRECT PAY | .00 | .00 | .00 | | .00 | 5229.97 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

PAGE 1 - CONTINUED ON NEXT PAGE

```
         DEBTOR'S ATTORNEY              FEE ALLOWED     FEE PAID
MATTHEW T. BERRY, ATTY.                   1,500.00      1,500.00
-------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

    FILING           NOTICING         TRUSTEE
    EXPENSE          EXPENSE          EXPENSE          TOTAL
    ---------        ---------        ---------        ---------
       125.00              .00           328.03           453.03
```

   WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

```
                                        _____/S_____
                                        MARY IDA TOWNSON, TRUSTEE
       Date: 03/12/04                   State Bar No. 715063
```